Mark D. Watson, WSBA #14693
MEYER, FLUEGGE & TENNEY, P.S.
P.O. Box 22680
Yakima, WA 98907-2680
509/575-8500; 509/575-4676 (Fax)
Attorney for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Ryan Anderson, | ) |
| Plaintiff, | ) NO. 15-CV-03191 |
| v. | ) ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT AN AWARD OF COSTS OR FEES |
| City of Yakima, Washington, | ) |
| Defendant. | ) |

On September 13, 2016, the parties filed a Stipulated Motion For Dismissal With Prejudice And Without An Award Of Costs Or Fees. Consistent with the parties' agreement and FRCP 41(a), IT IS HEREBY ORDERED:

1. The parties' stipulated motion for dismissal with prejudice is GRANTED.

2. All claims are DISMISSED WITH PREJUDICE WITHOUT AN AWARD OF COSTS OR ATTORNEYS' FEES TO ANY PARTY, with all parties to bear their own costs and attorneys' fees.

**ORDER OF DISMISSAL**
**WITH PREJUDICE & WITHOUT COSTS- 1**

LAW OFFICES OF
**MEYER, FLUEGGE & TENNEY, P.S.**
230 South Second Street · P.O. Box 22680
Yakima, WA 98907-2680
Telephone (509) 575-8500

3. All pending motions are DENIED AS MOOT, all hearings and deadlines are STRICKEN, and this file shall be CLOSED.

IT IS SO ORDERED. The Clerk's Office is directed to enter this Order and provide copies to all counsel.

Dated this 19th day of September, 2016.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
Senior United States District Judge

**ORDER OF DISMISSAL**
**WITH PREJUDICE & WITHOUT COSTS- 2**

LAW OFFICES OF
**MEYER, FLUEGGE & TENNEY, P.S.**
230 South Second Street · P.O. Box 22680
Yakima, WA 98907-2680
Telephone (509) 575-8500